PROB 12B
(7/93)

Report Date: April 20, 2006

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 24 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Melvin Joe Jaramillo            Case Number: 2:02CR02162-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 4/22/2003              Type of Supervision: Supervised Release

Original Offense: Abusive Sexual Contact, Crime On        Date Supervision Commenced: 8/4/2004
Indian Reservation, 18 U.S.C. § 1153 & 2244(a)

Original Sentence: Prison - 18 Months; TSR - 36           Date Supervision Expires: 8/3/2007
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

20   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

21   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

Mr. Jaramillo was cited for driving under the influence on March 29, 2006, court cause number 587093. According to the Yakima District Court docket, Mr. Jaramillo's next court appearance is scheduled for May 5, 2006. On April 20, 2006, Mr. Jaramillo received a drug and alcohol evaluation at Barth and Associates to which he indicated he is willing to participate in recommended treatment. Attached is a modification form signed by Mr. Jaramillo for the Court's review. Mr. Jaramillo was advised of the potential impact these conditions could have on his supervision, and he acknowledged this understanding verbally and with his signature. This officer respectfully requests the conditions for Mr. Jaramillo be modified as noted.

Prob 12B

**Re: Jaramillo, Melvin Joe**
**April 20, 2006**
**Page 2**

Respectfully submitted,

by *Jose Zepeda*
Jose Zepeda
U.S. Probation Officer
Date: April 20, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

4/24/06
Date